IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

**PRANOM LASNER,**

      **Plaintiff,**

v.                        No. CIV-16-0427 MCA/LAM

**ALBERTSONS, LLC, et al.,**

      **Defendants.**

## ORDER FOR PARTIES TO FILE A STATUS REPORT

**THIS MATTER** is before the Court *sua sponte* upon a review of the docket. On June 16, 2016, counsel for Defendants stated that a motion to remand this case to State Court would be filed by the following week. [*Doc. 22*]. No motion has been filed and no further action in this case has been taken by the parties.

**IT IS HEREBY ORDERED THAT** the parties jointly file a status report with the Court *on or before August 29, 2016,* advising of the status of the case and whether the Rule 16 Initial Scheduling Conference should be reset.

**IT IS SO ORDERED.**

*/s/ Lourdes A. Martínez*
**LOURDES A. MARTÍNEZ**
**UNITED STATES MAGISTRATE JUDGE**